UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Lola Annette Jeffries Daniels

Plaintiff,

vs.

Scott D. Downing, individually and in his official capacity as a Minneapolis Police Officer, John Doe, individually and in his official capacity as a Minneapolis Police Officer, and the City of Minneapolis

Defendants.

Civil No. 01-1673 ADM/SRN

**STIPULATION TO MODIFY SCHEDULING ORDER AND ORDER**

## STIPULATION

**COME NOW** the Parties above named by and through their respective counsel; Frederick J. Goetz, Esq., on behalf of the Plaintiff and Peter W. Ginder, Assistant Minneapolis City Attorney, on behalf of the Defendants; and hereby move the Court for an Order modifying the Pretrial Scheduling Order dated October 25, 2001. The suggested modification is set forth below.

The parties make this request for the following reason. Plaintiff has yet to determine the identity of "John Doe." Initial written discovery has been exchanged but the identity of John Doe or whether there is in fact a John Doe remains unclear. Further discovery is required in order to clarify these issues. It is expected that, after the depositions of the parties and a few witnesses, Plaintiff will either seek to amend her Complaint by naming John Doe or will dismiss John Doe from this lawsuit.

FILED DEC 17 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

In light of the above, the Plaintiff requests a 60-day extension to February 15, 2002, to schedule any motion to amend the pleadings or add parties. Defendants do not object to this extension.

The parties therefore stipulate to the following modification of the Pretrial Scheduling Order.

Non-Dispositive Motions

1. All motions which seek to amend the pleadings or add parties must be served by February 15, 2002.

The other dates set forth in the Pretrial Scheduling Order remain unchanged.

Dated: 12/17/01

JAY M. HEFFERN
City Attorney
By

PETER W. GINDER
Assistant City Attorney
Attorney Reg. No. 35099
300 Metropolitan Centre
333 South Seventh Street
Minneapolis, MN 55402-2453
(612) 673-2478

Attorneys for Defendants

Dated: 12/12/01

FREDERICK J. GOETZ
Attorney Reg. No. 185425
2124 Dupont Avenue South
Minneapolis, MN 55405
(612) 874-1552

Attorney for Plaintiff

**ORDER**

The Pretrial Scheduling Order dated October 25, 2001, is hereby amended by adopting the dates and schedule in the above Stipulation.

DATE: 12/17/01

Susan Richard Nelson
United States Magistrate Judge