UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Lola Annette Jeffries Daniels,

Plaintiff,

v.

Scott D. Downing, individually and in his official capacity as a Minneapolis Police Officer, City of Minneapolis and John Doe,

Defendant.

01cv1673 (JEL/JGL)

**NOTICE OF HEARING**

---

**TAKE NOTICE** that the above entitled matter is **scheduled** for hearing **Defendants' Motion for Summary Judgment** on Monday, August 19, 2002 at 11:00 a.m., before Judge Joan E. Lancaster, Courtroom 3, St. Paul, Minnesota.

DATED: July 3, 2002.

RICHARD D. SLETTEN
*Clerk*

Sheri L. Frette *Deputy Clerk*

JUL 03 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK