**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Lola Annette Jeffries Daniels,**

**Plaintiff,**

**vs.**

**Scott D. Downing, individually and In his official capacity as a Minneapolis Police Officer, John Doe, individually and in his official Capacity as a Minneapolis Police Officer, and the City of Minneapolis,**

**Defendants.**

**Case File No.: 01-1673 (ADM/SRN)**

**STIPULATION OF DISMISSAL WITH PREJUDICE IN FAVOR OF SCOTT D. DOWNING**

It is hereby stipulated and agreed by and between the parties, through their respective counsel, that all claims against Scott D. Downing, in his official capacity and individually, in the above entitled action may be dismissed with prejudice pursuant to Rule 41, Federal Rules of Civil Procedure, and that the Court may enter and file the following Order.

Dated: 5/12/03

JAY M. HEFFERN
City Attorney
By
PETER W. GINDER
Assistant City Attorney
Attorney Reg. No. 35099
300 Metropolitan Centre
333 South Seventh Street
Minneapolis, MN 55402-2453
(612) 673-2478

Attorneys for Defendant
Scott D. Downing

Dated: 5/7/03

FREDERICK GOETZ
Attorney Reg. No.
2124 Dupont Avenue South
Minneapolis, MN 55405

Attorney for Plaintiff

FILED MAY 16 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED________
DEPUTY CLERK'S INITIALS________

**ORDER**

Pursuant to the above Stipulation of Dismissal with Prejudice, all claims against Scott D. Downing, individually and in his official capacity are dismissed with prejudice and without costs or disbursements to any party.

Dated: May 16, 2003

Judge of United States District Court